No. ——. Original. *Ex parte:* IN THE MATTER OF ST. LOUIS, KANSAS CITY & COLORADO RAILROAD COMPANY. Submitted January 15, 1917. Decided January 22, 1917. Motions for leave to file petitions for writs of prohibition and mandamus denied, without prejudice in any respect to relief on appeal or otherwise on the merits. *Mr. Thomas P. Littlepage, Mr. Paul E. Walker, Mr. James C. Jones, Mr. Lon O. Hocker, Mr. Frank H. Sullivan* and *Mr. Marcus L. Bell* for the petitioner.

---

No. 27. THE SUN LIFE ASSURANCE COMPANY OF CANADA, PLAINTIFF IN ERROR *v.* LUISA RIVERA. In error to the District Court of the United States for the District of Porto Rico. Motion to dismiss submitted January 15, 1917. Decided January 29, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of rule 6, paragraph 5; *Nadal v. May,* 233 U. S. 447, 454; *Cardona v. Quinones,* 240 U. S. 83, 88. *Mr. Cay Coll Cuchi* for the plaintiff in error. *Mr. Willis Sweet* for the defendant in error.